UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA, ex rel.
AIDEN FORSYEH,                              Case No. 2:24-cv-10046

       Plaintiff,                        HONORABLE STEPHEN J. MURPHY, III

v.

SCOTT GORMLEY, INC and SCOTT
GORMLEY,

       Defendants.
_____/

### ORDER DISMISSING CASE WITHOUT PREJUDICE

In this *qui tam* case, Plaintiff/Relator Aiden Forsyeh asked the Court to dismiss the case without prejudice under Federal Rule of Civil Procedure 41(a)(2). ECF No. 21, PageID.90. Rule 41(a)(2) allows the Court to dismiss cases "at the plaintiff's request only by court order, on terms that the court considers proper." Voluntary dismissals in *qui tam* cases are also governed by 31 U.S.C. § 3730. The statute allows private persons to bring civil actions "for the United States Government." 31 U.S.C. § 3730(b)(1). But "[t]he action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." *Id.*

Here, the Attorney General provided written consent for the dismissal. ECF No. 21, PageID.91–92. She determined that "such a dismissal is commensurate with the public interest and that the continued expenditure of government resources to pursue or monitor the action is not warranted based on currently available

1

information." *Id.* at PageID.91. Based on the consent of Forsyeh and the Attorney General, and the latter's rationale for dismissal, the Court finds that dismissal without prejudice is just. The Court will dismiss the case accordingly.

Finally, the Government asked the Court to unseal Forsyeh's complaint, his request for dismissal (including the Government's consent), the instant order, and any future filings. *Id. Qui tam* actions do not remain secret forever. The sealing period is ordinarily 60 days, subject to extension by the Court. 31 U.S.C. § 3730(b)(2)–(3). The statute, however, is silent as to the unsealing of materials submitted by the Government to extend the sealing period. *See id.* Since the statute does not restrict it, the Court will grant the limited unsealing request.

**WHEREFORE**, it is hereby **ORDERED** that the case is **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that the Clerk of Court must **UNSEAL** the complaint [1] and the request for dismissal [21]. The instant order and any future filings should not be filed under seal.

This is a final order that closes the case.

**SO ORDERED.**

s/ Stephen J. Murphy, III  
STEPHEN J. MURPHY, III  
United States District Judge

Dated: December 19, 2025